UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al, | No. 1:14-CV-01140 KJM-SKO |
| Plaintiffs, | |
| v. | ORDER |
| DEAN A. GOULD, in his official capacity as supervisor for the Sierra National Forest et al., | |
| Defendants. | |

Having considered the parties' briefing, arguments at hearing on plaintiffs' Motion for a Temporary Restraining Order, and the parties' stipulation submitted following hearing (ECF No. 61), the court hereby ORDERS that only the following activities under the Aspen Timber Sale Contract may occur through August 15, 2014:

1. Harvest of plantation units 324, 325, 237, 30, 23, 244, 15, and 255 in their entirety.

2. Harvest of the plantation portions only of units 327 and 53.

3. Roadside hazard tree removal along Maintenance Level 3, 4 and 5 roads within the Project area.

4. Roadside hazard tree removal along Maintenance Level 2 roads where associated with the above-referenced operations.

5. Hazard tree removal within campgrounds in the Project area.

1

The parties are further directed to meet and confer on the following: (1) potential operations in some portions of unit 204, advising the court promptly if the parties stipulate to an amendment of this order to include such portions; as well as on (2) plaintiffs' proposed Motion to Strike the Declaration of Dean A. Gould filed as Exhibit A to Federal Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order, advising the court promptly if the parties reach an agreement that only portions of the declaration are appropriately considered in connection with plaintiffs' pending motion for preliminary injunction and that, correspondingly, plaintiffs' motion to strike can be narrowed or withdrawn.

The briefing schedule discussed on the record at hearing with the parties is confirmed, as is the hearing on plaintiff's motion for a preliminary injunction set for August 15, 2014 at 10 a.m.

DATED: August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE