# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEAN GOULD, in his official capacity as Forest Supervisor for the Sierra National Forest, *et. al.*,<br><br>    Defendants. | Case No. 1:14-cv-01140-KJM-SKO<br><br>**ORDER RE MODIFICATION OF ORDER (ECF NO. 62)** |

Having considered the parties' recently filed Joint Stipulation on Proposed Modification of Order (ECF No. 64) the Court hereby ORDERS that in addition to those activities authorized in this Court's previous Order (ECF No. 62), the following activities shall also be allowed in the Aspen Sale Area through August 15, 2014:

1) The removal of log deck(s) and/or individual logs from trees that were cut in Unit 331 on August 1, 2014;

2) The removal of the approximately 50,000 board feet of timber which was cut in Unit 204 on August 1, 2014, but was not removed;

3) The logging and removal of trees in plantations (areas of trees relatively uniform in size and generally less than 18 inches in diameter, and typically occurring in pockets 1-2 acres in size) located at various points in the western quarter of Unit 204 within approximately 150 meters of road 7S304; and

4) The logging and removal of hazard trees marked as of August 6, 2014 along maintenance level 2 road 7S304 (heading east on 7S304 away from West Kaiser campground) in the western quarter of Unit 204, ending where 7S304 splits and becomes 7S302B and 7S302C.

Dated:  August 11, 2014.

_____
UNITED STATES DISTRICT JUDGE