**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| EARTH ISLAND INSTITUTE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEAN GOULD, in his official capacity as Forest Supervisor for the Sierra National Forest, *et. al.*, <br><br> Defendants. | Case No. 1:14-cv-01140-KJM-SKO <br><br> **JOINT STIPULATION AND ORDER ON PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF DEAN GOULD** |

In accordance with the Joint Stipulation filed by the parties (Doc. No. 61) and the subsequent Order adopting the stipulation entered by this Court on August 1, 2014 (Doc. No. 62) the Federal Defendants and Plaintiffs have met and conferred regarding Plaintiffs' Motion to Strike the Declaration of Dean A. Gould have agreed to the following:

1) Paragraphs 51-63, 65-69, 71-72 and 74-75, shall be removed from Dean Gould's Declaration;

2) Dean Gould's declaration is not an expert declaration, but rather a harm declaration and shall only be considered as being submitted to support the balancing of harms and public interest prongs of the test for preliminary injunction;

3) Defendants shall re-file the Declaration of Dean Gould, striking the aforementioned paragraphs via the strike-through font effect, such that the current numbering in the declaration is not altered and will also produce a version of the Declaration without any strike-through font effects for the ease of reading;

4) Plaintiffs hereby withdraw their motion to strike and shall respond to Dean Gould's Declaration, where such response is warranted, in the briefing currently permitted by the Court.

**For the Plaintiffs:**
/s/ *Rachel M. Fazio*
RACHEL M. FAZIO (CA Bar No. 187580)
P.O. Box 897
Big Bear City, CA 92314
(530) 273-9290
rachelmfazio@gmail.com
JUSTIN AUGUSTINE (CA Bar No. 235561)
Center for Biological Diversity
351 California St., Suite 600
San Francisco, CA 94104
(415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org


**For the Federal Defendants:**
SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
By */s/ Marissa Piropato*
MARISSA A. PIROPATO
CHRISTINE HILL
United States Department of Justice
Environment & Natural Resources Division
Trial Attorney, Natural Resources Section
Post Office Box 7611
Washington, D.C. 20044-7611
Tel: (202) 205-0470 (Piropato)
Tel: (202) 305-0430(Hill)
Fax: (202) 305-0506
E-mail: marissa.piropato@usdoj.gov
E-mail:christine.hill2@usdoj.gov

*Earth Island Inst. v. Gould,* No: 1:14-cv-01140-KJM-SKO
JOINT STIPULATION AND ORDER
ON PLAINTIFFS' MOTION TO STRIKE GOULD DEC.

3

1  IT IS SO ORDERED: (a) that the parties shall comply with the terms of the stipulation outlined
2 above in paragraphs 1 and 3; (b) that the declaration of Dean Gould shall only be considered by the
3 Court as being submitted in relation to Defendants arguments on balancing of harms and public interest
4 and (c) Plaintiffs' Motion to Strike the Declaration of Dean Gould is hereby withdrawn.
5 Dated: August 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

*Earth Island Inst. v. Gould,* No: 1:14-cv-01140-KJM-SKO
JOINT STIPULATION AND ORDER
ON PLAINTIFFS' MOTION TO STRIKE GOULD DEC.

4